IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRETT CRONE and<br>HOLLY CRONE, | §<br>§<br>§ | |
| *Plaintiffs,* | §<br>§ | |
| V. | §<br>§ | CASE NO. 4:11cv733<br>Judge Clark/Judge Mazzant |
| BANK OF AMERICA, N.A., successor by<br>merger to COUNTRYWIDE BANK, FSB, | §<br>§<br>§ | |
| *Defendant.* | §<br>§ | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 6, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Summary Judgment [Doc. #21] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant's Motion for Summary Judgment [Doc. #21] is granted, and Plaintiffs' case is DISMISSED with prejudice.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **1** day of **October, 2012.**

_____
Ron Clark, United States District Judge